IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DERRICK SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 304-142 |
| RALPH KEMP et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Defendants' motion for summary judgment is **GRANTED**. Judgment is **ENTERED** in favor of defendants Kemp, Wells, Ashley, and Clark.

SO ORDERED this 22 day of March, 2006.

_____
JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT