FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 FEB 22  PM 5:03

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| DERRICK SMITH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 304-142 |
| JAMES DONALD, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Defendants' Motion for Summary Judgment (Doc. 76). After a careful, *de novo* review of the file and plaintiff's objections, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Defendants' Motion for Summary Judgement is **GRANTED**. Judgment is **ENTERED** in favor of Defendants Looney, Fowler, Burnett, and McGhee, and this civil action is **CLOSED**.

SO ORDERED.

_____
JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE

Dated: February 20, 2007